UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> STAX. PTY LTD., and DONNAVIN ROBERTSON, <br><br> Defendants. | Case No. 2:22-cv-03331-AB-PVC <br><br> [~~PROPOSED~~] **ORDER DISMISSING ACTION WITH PREJUDICE** |

Having considered the parties' Stipulation for Voluntary Dismissal with Prejudice, the Court hereby **ORDERS** this action **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties bearing their own attorneys' fees and costs. The Court will retain jurisdiction over Plaintiff Concord Music Group, Inc. and Defendant Stax. Pty Ltd., but not Defendant Donnavin Robertson, to enforce the terms of the Confidential Settlement Agreement.

**IT IS SO ORDERED.**

Dated:  December 12, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2:22-CV-03331-AB-PVC